**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000074
05-MAY-2022
07:59 AM
Dkt. 26 OGMD**

NO. CAAP-22-0000074

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF B CHILDREN: IB, AB

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 22-00026)

ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of Mother-Respondent-Appellant's (Mother) April 8, 2022 Motion to Withdraw Appeal, the papers in support, and the record, it appears that (1) Mother seeks to withdraw this docketed appeal; and (2) the requested relief is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot.

DATED:  Honolulu, Hawaiʻi, May 5, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge